UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**SHAUNESE RENEE SPRUIELL,**

Plaintiff,

v. **No. 4:26-cv-01115-P**

**ROCKET MORTGAGE, LLC, ET AL.,**

Defendants.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case ("FCR"). ECF No. 7. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Plaintiff has failed to comply with the Magistrate Judge's orders.

Pursuant to Federal Rule of Civil Procedure 41(b), the case is **DISMISSED** for failure to comply with the Court's orders.

**SO ORDERED** on this **6th day of November 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE